UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Aaliyah Abdullah v. Bayer Corporation, et al.* | No. 12-cv-10457-DRH |
| *Heather Austin v. Bayer Corporation, et al.* | No. 12-cv-10504-DRH |
| *Julie Benton v. Bayer Corporation, et al.* | No. 12-cv-10459-DRH |
| *Heather Burroughs v. Bayer Corporation, et al.* | No. 12-cv-10482-DRH |
| *Jessica Clark-Chapin v. Bayer Corporation, et al.* | No. 12-cv-10462-DRH |
| *Kimberly Crawford v. Bayer Corporation, et al.* | No. 12-cv-10483-DRH |
| *Rikki Dortch v. Bayer Corporation, et al.* | No. 12-cv-10463-DRH |
| *Kristi Ellis v. Bayer Corporation, et al.* | No. 13-cv-10441-DRH |
| *Sarah Forth v. Bayer Corporation, et al.* | No. 12-cv-10484-DRH |
| *Nicole Gaines v. Bayer Corporation, et al.* | No. 12-cv-10508-DRH |
| *Trisha Mitchell v. Bayer Corporation, et al.* | No. 12-cv-10496-DRH |
| *Gena Price v. Bayer Corporation, et al.* | No. 12-cv-10466-DRH |
| *Lacey Robinson v. Bayer Corporation, et al.* | No. 12-cv-10493-DRH |
| *Megan Ruch v. Bayer Corporation, et al.* | No. 09-cv-10105-DRH |
| *Jaqueline Singleton v. Bayer Corporation, et al.* | No. 10-cv-10495-DRH |
| *Tracie Skaggs v. Bayer Corporation, et al.* | No. 10-cv-11519-DRH |
| *Dana Spruiell v. Bayer Corporation, et al.* | No. 10-cv-10855-DRH |
| *Krystal Suronen v. Bayer Corporation, et al.* | No. 12-cv-10499-DRH |
| *Crystal Tye v. Bayer Corporation, et al.* | No. 10-cv-10851-DRH |

| *Jana Weeks v. Bayer Corporation, et al.* | No. 12-cv-10933-DRH |
|---|---|
| *Sabrina Young v. Bayer Corporation, et al.* | No. 10-cv-11844-DRH |
| *Angela Zick v. Bayer Corporation, et al.* | No. 12-cv-10501-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on October 1, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                             **JUSTINE FLANAGAN,**
                                             **ACTING CLERK OF COURT**

                                             BY: **/s/*Caitlin Fischer***
                                                              **Deputy Clerk**

Date: October 1, 2014

Digitally signed by David R. Herndon
Date: 2014.10.01 15:08:11 -05'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT